## W. A. ROBSON *v.* THE STATE.

PRACTICE IN THE COURT OF APPEALS. — Unless a statement of facts is brought up in the record, the inquiry here is merely whether the indictment is sufficient to sustain the charge of the court and the finding of the jury.

APPEAL from the District Court of Colorado. Tried below before the Hon. EVERETT LEWIS.

No brief for the appellant.

*George McCormick*, Assistant Attorney General, for the State.

WHITE, J. Under an indictment for assault with intent

to murder, appellant was found guilty of an aggravated assault, and fined in the sum of $100.

There is no bill of exceptions, statement of facts, or assignment of errors in the record. It is well settled by decisions, both of the Supreme Court and of this court, that, "without a statement of the facts in evidence before the court and jury, it cannot be ascertained whether the grounds of the motion for a new trial were well taken or not, or whether the charge to the jury was erroneous or not; and, there being no statement of facts, the objections made by the defendant will not be examined further than to see that the indictment will sustain the charge and finding of the jury." *Koontz* v. *The State*, 41 Texas, 571; *Mahl* v. *The State*, 1 Texas Ct. App. 127; *Talley* v. *The State*, 1 Texas Ct. App. 688, and *Brooks* v. *The State*, 2 Texas Ct. App. 1.

The indictment being sufficient, the judgment is in all things affirmed.

*Affirmed.*